## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

### ANDERS BRIEF CORRECTION NOTICE

_____

No. 15-4100,    US v. Kenneth Newman
          3:14-cr-00050-1, 3:14-cr-00225-1

TO:   John R. McGhee, Jr.

**CORRECTED FILING DUE:**   August 21, 2015

Review of the brief filed by appellant's counsel pursuant to Anders v. California, 386 U.S. 738 (1967), discloses that the brief appears to argue and to conclude that certain issues are meritorious and requests relief commensurate with a "merits" brief.

Accordingly, counsel is directed to file a corrected brief by the due date shown, either filed in accordance with Anders or which raises one or more issues on the merits. If a "merits" brief is filed, a joint appendix must also be filed and citations in the brief should be made to the joint appendix as appropriate.


Amy Carlheim
804-916-2788

Copies:   Richard Gregory McVey, Assistant U.S. Attorney