FILED: August 25, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4100
(3:14-cr-00050-1)
(3:14-cr-00225-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KENNETH DEWITT NEWMAN, a/k/a K-Kutta

      Defendant - Appellant

_____

O R D E R

_____

In light of counsel's filing of a merits brief on behalf of appellant, the court strikes all briefs filed prior to August 21, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk